In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-25-00176-CV
_____

## E CONTRACTORS USA LLC, Appellant

## V.

## WTM ELECTRICAL CONSULTING LLC, Appellee

**On Appeal from the 284th District Court**
**Montgomery County, Texas**
**Trial Cause No. 25-02-02000-CV**

## MEMORANDUM OPINION

E Contractors USA LLC, Appellant, filed an unopposed motion to dismiss this accelerated appeal. *See* Tex. R. App. P. 42.1(a)(1). Appellant filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on July 9, 2025
Opinion Delivered July 10, 2025
Before Golemon, C.J., Johnson and Wright, JJ.

1